# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **3:06-CR-144** |
| | ) | **JUDGE PHILLIPS** |
| **SAMANTHA MARLENE PACK** | ) | |

## O R D E R

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden, Arrendale State Prison, Alto, Georgia, to bring Samantha Marlene Pack before this Court at Knoxville, Tennessee, on September 13, 2007, at 1:30 p.m., for an initial appearance, or for her case to be otherwise disposed of upon said indictment heretofore returned against her, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Arrendale State Prison, Alto, Georgia.

And it is further ordered that in the event the Warden of said Arrendale State Prison, Alto, Georgia, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, or any duly authorized Special Agent of the National Park Service, is directed to receive said Samantha Marlene Pack into his custody and transport her to and from said Arrendale State Prison, Alto, Georgia, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge